**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00665-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3885 FOREST STREET, DENVER, COLORADO,
$40,000.00 IN UNITED STATES CURRENCY,
$7,840.00 IN UNITED STATES CURRENCY,
2007 CADILLAC ESCALADE, and
2006 FORD E350 CARGO VAN,

    Defendants.

**FINAL ORDER OF FORFEITURE ONLY AS TO DEFENDANT $16,000.00,
$40,000.00, AND 2006 FORD E350 CARGO VAN**

**Blackburn, J.**

    The matter is before me on the government's **Unopposed Motion For Final Order of Forfeiture Only as To Defendants $16,000.00, $40,000.00, and 2006 Ford E350 Cargo Van** [#39][1] filed January 3, 2013. After reviewing the motion and the record, I find as follows:

    THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

    THAT all known parties have been provided with an opportunity to respond as required by Supplemental Rule G(4);

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

THAT the United States and Claimants Li Thi Hong Ly, Xuan Thi Cao, Hau Do, and Hoa Do, through their attorney Travis B. Simpson, have reached a settlement agreement in this case and have filed a Settlement Agreement with the court resolving all issues in dispute;

THAT pursuant to the agreement of the parties, defendant 2006 Ford E350 Cargo Van and $15,000.00 of defendant $40,000.00 in United States currency shall be forfeited to the United States;

THAT on entry of a Final Order of Forfeiture, the United States has agreed to return to Claimants through their attorney, $25,000.00 of defendant $40,000.00 in United States currency and defendant $16,000.00 in United States currency; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the government's **Unopposed Motion For Final Order of Forfeiture Only as To Defendants $16,000.00, $40,000.00, and 2006 Ford E350 Cargo Van** [#39] filed January 3, 2013, is granted;

2. That pursuant to 21 U.S.C. § 881, defendant 2006 Ford E350 Cargo Van and $15,000.00 of defendant $40,000.00 in United States currency is forfeited to the United States;

3. That the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with the law and in accordance with the terms and provisions of the parties' Settlement Agreement;

4. That the clerk of the court is directed to enter Judgment accordingly; and

5. That a Certificate of Reasonable Cause, which this Order constitutes, is

granted as to defendant Currency pursuant to 28 U.S.C. § 2465.

Dated January 3, 2013, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge