IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00665-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3885 FOREST STREET, DENVER, COLORADO,
$40,000.00 IN UNITED STATES CURRENCY,
$7,840.00 IN UNITED STATES CURRENCY,
2007 CADILLAC ESCALADE, and
2006 FORD E350 CARGO VAN,

    Defendants.
_____

**JUDGMENT**
_____

Pursuant to and in accordance with the Final Order of Forfeiture Only as To Defendants $16,000.00, $40,000.00, and 2006 Ford E350 Cargo Van entered by the Honorable Judge Robert E. Blackburn, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

1. That the government's Unopposed Motion For Final Order of Forfeiture Only as To Defendants $16,000.00, $40,000.00, and 2006 Ford E350 Cargo Van [#39] filed January 3, 2013, is granted;

2. That pursuant to 21 U.S.C. § 881, defendant 2006 Ford E350 Cargo Van and $15,000.00 of defendant $40,000.00 in United States currency is forfeited to the United States;

3. That the United States shall have full and legal title to the forfeited property,

2

and may dispose of it in accordance with the law and in accordance with the terms and provisions of the parties' Settlement Agreement.

Dated at Denver, Colorado this ___10th___ day of January, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk