IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00665-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3885 FOREST STREET, DENVER, COLORADO,
$40,000.00 IN UNITED STATES CURRENCY,
$7,840.00 IN UNITED STATES CURRENCY,
2007 CADILLAC ESCALADE, and
2006 FORD E350 CARGO VAN,

    Defendants.

_____

## JUDGMENT
_____

    Pursuant to and in accordance with the Final Order of Forfeiture Only as To Defendants $16,000.00, $40,000.00, and 2006 Ford E350 Cargo Van entered by the Honorable Judge Robert E. Blackburn, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

    1. That the government's Unopposed Motion For Final Order of Forfeiture Only as To Defendants $16,000.00, $40,000.00, and 2006 Ford E350 Cargo Van [#39] filed January 3, 2013, is granted;

    2. That pursuant to 21 U.S.C. § 881, defendant 2006 Ford E350 Cargo Van and $15,000.00 of defendant $40,000.00 in United States currency is forfeited to the United States;

    3. That the United States shall have full and legal title to the forfeited property,

and may dispose of it in accordance with the law and in accordance with the terms and provisions of the parties' Settlement Agreement.

    Dated at Denver, Colorado this   10th   day of January, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk