**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00665-REB-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3885 FOREST STREET, DENVER, COLORADO,
$40,000.00 IN UNITED STATES CURRENCY,
$7,840.00 IN UNITED STATES CURRENCY,
2007 CADILLAC ESCALADE, and
2006 FORD E350 CARGO VAN,

      Defendants.

**MINUTE ORDER**[1]

      The matter is before the court on **United States' Motion To Dismiss Claimants' Counterclaim and Motion To Strike Six Defenses** [#28][2] filed July 6, 2012. On January 23, 2013, the court entered its **Final Order of Forfeiture Only as To Defendant $16,000.00, $40,000.00, and 2006 Ford E350 Cargo Van** [#40], which addressed all the claims of the parties implicated by the government's motion, providing for a distribution of the contested assets in accordance with a settlement agreement between the government and these three claimants. Accordingly, it appears that the government's motion is now moot, and should be denied on that basis.

      **THEREFORE, IT IS ORDERED** that the **United States' Motion To Dismiss Claimants' Counterclaim and Motion To Strike Six Defenses** [#28] filed July 6, 2012, is **DENIED AS MOOT**.

      Dated: February 13, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.