**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00665-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3885 FOREST STREET, DENVER, COLORADO,
$16,000.00 IN UNITED STATES CURRENCY,
$40,000.00 IN UNITED STATES CURRENCY,
$7,840.00 IN UNITED STATES CURRENCY,
2007 CADILLAC ESCALADE, and
2006 FORD E350 CARGO VAN,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before the court on the **Joint Motion For Order Administratively Close Case** [#48][1] filed February 26, 2013.  After reviewing the motion and the file, I conclude that the motion should be granted, and that this action should be closed administratively.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion For Order Administratively Close Case** [#48] filed February 26, 2013.  is **GRANTED**;

2. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

---

[1] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated February 26, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge