IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00665-REB-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3885 FOREST STREET, DENVER, COLORADO;
$7,480.00 IN UNITED STATES CURRENCY; and
2007 CADILLAC,

       Defendants.
_____

## FINAL JUDGMENT
_____

       Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Blackburn, the following JUDGMENT is hereby entered:

       1.    That $380,000.00 received in lieu of defendant 3885 Forest Street, Denver, Colorado, is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

       2.    That the United States shall have full and legal title as to the forfeited property, and may dispose of said property in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3.      That the Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the forfeited property under 28 U.S.C. § 2465.

Dated at Denver, Colorado this 30th day of June, 2014.

          JEFFREY P. COLWELL
          Clerk of the U.S. District Court

By:   s/T.Lee
      Deputy Clerk